■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RENE BILBOA, Appellant, v SALVATORE ROMANO, as Warden of the Suffolk County Correctional Facility, Respondent. — In a habeas corpus proceeding, the appeal is from a judgment and order (one paper) of the County Court, Suffolk County (Copertino, J.), dated October 19, 1983, which dismissed the writ and ordered petitioner's extradition to the State of Iowa.

Appeal dismissed as academic, without costs or disbursements.

The People contend, and petitioner concedes, that he has in fact been extradited to the State of Iowa. Because petitioner is no longer in respondent's custody, the appeal has been rendered academic and must be dismissed (see, e.g., *People ex rel. Turnipseed v LeFevre,* 54 AD2d 939; *People ex rel. Miller v Follette,* 33 AD2d 789). Lazer, J. P., Mangano, Bracken and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES ROBINSON, Appellant, v THEODORE REID, as Superintendent of the Fishkill Correctional Facility, Respondent. — Judgment of the Supreme Court, Dutchess County (Marasco, J.), dated August 18, 1983, affirmed, without costs or disbursements (CPLR 7010, subd [c]; *People ex rel. Taylor v Commissioner of Correction,* 100 AD2d 525). Titone, J. P., Gibbons, Bracken and Weinstein, JJ., concur.